**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Dayna North;<br><br>   Plaintiff,<br><br>   vs.<br><br>TransUnion, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; JPMorgan Chase Bank, N.A.<br><br>   Defendants. | Case No. 2:19-cv-00783-KJM-KJN<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO THE INITIAL COMPLAINT**<br><br>Complaint Filed: May 3, 2019<br>Current Deadline: May 24, 2019<br>New Deadline: June 24, 2019 |

# **ORDER**

Having considered the stipulation filed jointly by Plaintiff Dayna North ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase") to extend the time for Chase to respond to the initial Complaint, and for good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. The Parties' Stipulation is **GRANTED**.
2. Chase shall file a responsive pleading to the initial Complaint by June 24, 2019.

DATED: May 30, 2019.

_____
UNITED STATES DISTRICT JUDGE